Kavanaugh *vs.* Payne.

## No. 1043.

### MARTIN KEOUGH ET AL. vs. C. W. FOREMAN.

Where in a suit by an heir for a settlement of a partnership with the deceased, the plaintiff had alleged there had not been any settlement, and sued for one, which suit was discontinued; and in a subsequent suit alleged a settlement and sought to annul it, and exception was made that the demand was inconsistent, and that the plaintiff was estopped by the allegations first made; *held*, that estoppel did not apply. The fact that there had been a settlement was within the knowledge of the defendant, the surviving partner, but was not necessarily known to the plaintiff, the heir of the deceased partner, and he could well allege error in the allegations of his first suit.

APPEAL from the District Court for St. Landry.    HUDSPETH, J.

*Lewis & Bro.* for Plaintiffs Appellants.    *J. E. King* and *Perrodin* for Defendant.

WHITE, J., delivered the opinion reversing the judgment and remanding the case.

## No. 1044.

### M. D. KAVANAUGH vs. J. U. PAYNE ET AL.

Where a party injoins the sale of land under an execution against another, on the ground that he is the owner and not the defendant in execution, he must establish with reasonable certainty that his land is embraced within the limits of that advertised.

APPEAL from the District Court for St. Landry.    HUDSPETH, J.

*J. N. Ogden* for Plaintiff Appellant.    *Garland* for Defendant.

DE BLANC, J., delivered the opinion on the first hearing and WHITE, J., on rehearing affirming the judgment.